HARVEY P. SACKETT (72488)

**S A C K E T T**
**AND ASSOCIATES**
**A PROFESSIONAL LAW CORP.**

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY O. HAMPTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CASE NO.: CIV S-05-02627 PAN<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT TO AUGUST 7, 2006 |

      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, August 7, 2006 in which to file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

/////

/////

/////

/////

/////

/////

STIPULATION AND ORDER                    1

DATED: July 7, 2006

/s/
BOBBIE J. MONTOYA
Assistant United States Attorney

DATED: July 7, 2006

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
GARY O. HAMPTON

## ORDER

IT IS SO ORDERED.

DATED:  July 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/harmon.eot.ss

STIPULATION AND ORDER                         **2**