IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY O. HAMPTON,<br><br>       Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>       Defendant. | CASE NO. 2:05-CV-02627-PAN (JFM)<br><br><br>STIPULATION AND ORDER FOR DISMISSAL |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

Stip.& Order Dismissal
2:05-cv-02627-PAN (JFM)

**1**

DATED: August 7, 2006          /s/
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney


DATED: August 7, 2006          /s/
                               HARVEY P. SACKETT
                               Attorney for Plaintiff
                               GARY O. HAMPTON

ORDER

APPROVED AND SO ORDERED.

DATED:  August 18, 2006.

UNITED STATES MAGISTRATE JUDGE

13
Hampton.dsm.wpd

Stip.& Order Dismissal
2:05-cv-02627-PAN (JFM)                    **2**